In the Matter of the Petition of the NEW YORK AND BROOKLYN BRIDGE to Acquire Lands.

(Argued June 18, 1889; decided June 28, 1889.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made December 11, 1888, which affirmed the appraisal and report of commissioners to determine compensation to be paid owners of the real estate sought to be acquired by petitioner.

*Jesse Johnson* for appellants.

*William N. Dykman* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

THE PEOPLE ex rel. BETSY ANN MASON, Appellant, *v.* THE COUNTY JUDGE OF ONONDAGA COUNTY et al., Respondents.

In the Matter of BETSY ANN MASON, a Supposed Lunatic, Appellant.

(Argued June 18, 1889; decided June 28, 1889.)

APPEALS from orders of the General Term of the Supreme Court in the fourth judicial department, made January 19, 1889, which affirmed, first, an order of Special Term dismissing a writ of prohibition herein; second, an order of the county judge of Onondaga county setting aside a verdict of the jury, and granting a new trial in proceedings *de lunatico ;* third, an order of the County Court of Onondaga county denying a motion for a final order dismissing the petition herein, etc.

*M. M. Waters* and *George Barrow* for appellant.

*T. K. Fuller* for respondents.

Agree to dismiss appeals; no opinion.
All concur.
Appeals dismissed.